UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY THOMAS ROBERTS, JR.,

       Plaintiff,                    Case No.  05-71125

v.                                  District Judge Anna Diggs Taylor
                                      Magistrate Judge R. Steven Whalen

CITY OF MONROE PATROLMAN
KENNETH PETERSON, et al.,

       Defendants.
_____/

**ORDER**

     Plaintiff's counsel having informed the Court that he is withdrawing his Motion to Compel Defendant's Responses to Plaintiff's First Set of Interrogatories [Docket #13],

     IT IS HEREBY ORDERED that Plaintiff's Motion [Docket #13] is DISMISSED WITHOUT PREJUDICE.

                                          S/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated:  March 27, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 27, 2006.

                                          S/Gina Wilson
                                          Judicial Assistant